## McLEMORE *v.* MISSISSIPPI.

No. 410.   Decided November 20, 1961.

*W. E. Gore, Sr.* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## FRUHLING *v.* AMALGAMATED HOUSING CORP. ET AL.

No. 419.   Decided November 20, 1961.

*Samuel B. Waterman* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Daniel M. Cohen,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.